# Court of Appeals
# of the State of Georgia

ATLANTA,___April 15, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14D0281. DEBRA MILLER v. STRATEGIC MANAGEMENT PARTNERS, LLC, et al.

Debra Miller seeks appellate review of an order entered by the Magistrate Court of Clayton County in this dispossessory action. "The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). In other words, a party aggrieved by a magistrate court ruling must first seek review in the state or superior court. Miller failed to follow this procedure, instead filing an application for discretionary appeal to this Court. Because we can only address magistrate court matters that have been reviewed by the state or superior court, we have no authority to consider her application. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990). Jurisdiction over Miller's appeal, therefore, lies below.

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Clayton County for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/15/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*